COURT OF APPEALS
3rd DISTRICT OF TEXAS
P.O. BOX 12547
Austin, Texas 78711-2547

RECEIVED

JUL 1 5 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

July 12, 2015

RE: Court of Appeals Number: 03-15-00397-CV
    Trial Court Number: D-13-0197-C

STYLE: ONE THOUSAND NINE HUNDRED SIXTY-FIVE DOLLARS IN U.S CURRENCY   VS.
       THE STATE OF TEXAS

TO THE HONORABLE CLERK OF SAID COURT:

My name is Jason Dale Whitlock, appellant in the above referenced and styled cause number. I have recently received two notices from the Clerk of the Court of Appeals.

The first notice which was dated June 30, 2015: I did not receive until July 8, 2015 @ approximately 11:00am, informing me that I was required to pay a filing fee of $195.00 and send a docketing list by July 10, 2015.

The second notice from the Court of Appeals was dated July 1, 2015 and was directed to the Tom Green County District Clerks office wich was stating to the District Clerk that the clerk's records were due in This Court on June 25, 2015 and was over-due. I have been having complications with the Tom Green County District Clerk's office and have been having difficulties getting them to respond back to any writs or requests filed with their office.

On Feb. 4, 2014, I filed an "Affidavit of Indigency" and was recognized as an idigent offender regarding cause number D-13-0197-C. Furthermore, I had requested on multiple occassions for the District Courts "Docket Roster" or docketing list and never received a response or acknowledgement regarding this issue, so you will have to refer to the Clerk's records in this matter.

A "Declaration of inability to pay costs" was also filed seperately but I understand this is voided in this matter. Could you please inform me if the Trail Court recognized me as indigent in this cause or if I am still required to pay the filing fee's? And if I am required to pay the Court Fees, could payment arrangements be scheduled...? I was simply unable to make any arrangements from the day I received the notice, (July 8, 2015) until the deadline that they were due. (July 10, 2015).

Thank you in advance for your assistance in this matter, it is greatly appreciated.

Sincerely,
Jason Whitlock # 1877065
Jason Whitlock
Ellis Unit
1697 F.M. 980
Huntsville, Texas 77343

Javoris Whitlock #1877065
Ellis Unit
1697 F.M. 980
Huntsville, Texas. 77343

USA
FOREVER

NORTH HOUSTON TX 773

13 JUL 2015 PM 9 L

Court of Appeals
Third District
P.O. Box 12547
Austin, Texas. 78711-2547

78711254747